UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FREDERICK H. SHULL, JR., | ) |
| Plaintiff, | ) |
| vs. | ) 1:10-cv-0463-SEB-JMS |
| WILLIAM R. CAST, et al., | ) |
| Defendants. | ) |

**Entry Discussing Selected Matters**

**I.**

The request for confidential *ex parte* conference/hearing (dkt 13) is **denied**. The reason for this ruling is that the request for a temporary restraining order has been denied. In addition, no *ex parte* or confidential proceeding is otherwise warranted by any of the circumstances of this case.

**II.**

"District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense." *Hoskins v. Poelstra,* 320 F.3d 761, 762 (7th Cir. 2003) (citing *Rowe v. Shake,* 196 F.3d 778, 783 (7th Cir. 1999)). This may be an appropriate case for the exercise of that authority as to some or all of the claims and as to some or all of the defendants. Until the court has satisfied itself as to these matters in the present case, the issuance of process will not be authorized. Accordingly, the plaintiff's request for declaration of acceptable method of service of process and notice (dkt 11) is **denied**.

**IT IS SO ORDERED.**

Date: 05/27/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Frederick H. Shull Jr.
6130 Carvel Ave. #32
Indianapolis, IN 46220